UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22513-Civ-Altonaga/Turnoff

JENNIFER I. SCOTT,

     Plaintiff,

v.

BCC FINANCIAL MANAGEMENT SERVICES, INC.,

     Defendant.
_____/

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, JENNIFER I. SCOTT, pursuant to Fed. R. Civ. P. 26(a) of the Federal Rules of Civil Procedure moves this Court for an Order compelling Defendant to serve Plaintiff with its Rule 26(a) Initial Disclosures and, in support thereof, states as follows:

1.     This motion is submitted to United States Magistrate Judge William C. Turnoff pursuant to the Court's referral of discovery matters to Magistrate contained in the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Refereeing Certain Motions to Magistrate Judge (DE 16).

2.     Pursuant the parties Joint Scheduling Report (DE 14) ¶1 on page 3, Defendant stipulated to file its disclosures due under Fed. R. Civ. P. 26(a), within 14 days of the issuance of the Court's Scheduling Order.

3.     On November 22, 2006, the Court issued its Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Refereeing Certain Motions to Magistrate Judge (DE 16). Accordingly, Defendant's Disclosures were due December 6, 2006.

4. On December 17, 2006, Plaintiff notified Defendant via facsimile that the Disclosures had not been received and were overdue.

5. As of the filing of this motion, Defendant has not served its disclosures.

6. Plaintiff is prejudiced by Defendant's failure to provide the required Disclosure in that that Disclosure is necessary for Plaintiff to use in formulating its discovery requests.

## CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

The undersigned counsel certifies that he has conferred with Defendant's counsel, David P. Hartnett, Esq. via facsimile on December 17, 2006 in a good faith effort to resolve the issues raised in this Motion and Defendant's counsel has not responded and has failed to provide its Disclosures.

WHEREFORE, Plaintiff, JENNIFER I. SCOTT, requests this Honorable Court order Defendant, BCC FINANCIAL MANAGEMENT SERVICES, INC. to furnish the Court with its Disclosure Statement in Compliance with Fed. R. Civ. P. 26(a). within 5 days of the Court's Order hereon.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By  s/Donald A. Yarbrough

                                            Donald A. Yarbrough, Esq.
                                            Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  06-61365-Civ-Altonaga/Turnoff

TERESA L. CONNER,

        Plaintiff,

v.

BCC FINANCIAL MANAGEMENT
SERVICES, INC.,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on January 17, 2007, I filed the foregoing document with the Clerk of Court.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. David P. Hartnett, Esq.
Hinshaw & Culbertson, LLP
Post Office Box 569009
Miami, FL 33256-9009
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorney for Defendant BCC Financial Management Service, Inc.
Via transmission of Notices of Electronic Filing generated by CM/ECF